CHARLES E. QUINCEY and Another, as Executors, etc.; Appellants, v. JOSEPH H. EMERY, Respondent.— Order modified so as to provide that defendant pay all costs to date of amendment of answer, and as so modified

affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Page, J., dissented and voted to reverse order and deny motion.